UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL UNION NO. 716 PENSION FUND, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 1:12-cv-00493-JMS-MJD ) |
| STONES & RHODES TRUCKING CO INC an Indiana Corporation, | ) ) ) |
| Defendant. | ) ) |

FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons detailed in the Court's Order of January 15, 2014, the Court now enters FINAL JUDGMENT in this action in favor of Plaintiff, Board of Trustees of the Teamsters Local Union No. 716 Pension Fund, and against Defendant, Stones & Rhodes Trucking Co., Inc., for a total amount of $336,029.37. This figure includes:

1. $219,037.21 in unpaid contributions as revealed by the payroll compliance audit;
2. $21,903.72 in reasonable liquidated damages;
3. $32,049.95 in interest charges;
4. $29,620.84 in auditor's fees; and
5. $33,417.65 in reasonable attorney's fees.

The Court further enters judgment in favor Plaintiff, Board of Trustees of the Teamsters Local Union No. 716 Pension Fund, and against Defendant Stones & Rhodes Trucking Co., Inc., on Defendant's Counterclaim, such that Defendant shall take nothing by way of its counterclaim.

Date: 01/15/2014

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court

Distribution via ECF to:

Robert D. Cheesebourough
ruaneagle@aol.com

Charles Frank Albrecht
JOHNSON & KROL, LLC
charles@johnsonkrol.com

Dennis R. Johnson
JOHNSON & KROL, LLC
johnson@johnsonkrol.com

Jeffrey A. Krol
JOHNSON & KROL, LLC
jeffkrol@johnsonkrol.com

Jessica L. Adelman
JOHNSON & KROL, LLC
adelman@johnsonkrol.com

Joseph E. Mallon
JOHNSON & KROL, LLC
mallon@johnsonkrol.com

William P. Callinan
JOHNSON & KROL, LLC
callinan@johnsonkrol.com